dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 02-03-342-CV

MAX-TEL COMMUNICATIONS, INC. APPELLANT

V.

QWEST COMMUNICATIONS CORPORATION APPELLEE

----------

FROM THE 271
ST
 
DISTRICT COURT OF WISE COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue. 

PER CURIAM 

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED: June 10, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.